UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60015-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT SETTINERI,

    Defendant.

_____/

**STATUS REPORT**

A status conference was held in this case on April 9, 2010. At that conference, the parties informed the Court as follows:

The Government will finish providing discovery by the end of today, with the exception of transcripts, which are being turned over as they are ready. No motions are presently pending, although Defendant intends to file a motion seeking additional time for the filing of motions, as the discovery in this case is extensive. The Government is ready for trial at this time and anticipates that trial will require approximately five to six days. Defendant is not ready for trial at this time. It is unknown at this time whether a change of plea is possible.

**FILED** and **SUBMITTED** at Fort Lauderdale, Florida, this 9th day of April, 2010.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable James I. Cohn
       Counsel of Record